No. 645. UNITED STATES v. EQUITABLE LIFE ASSUR-ANCE SOCIETY OF THE UNITED STATES. Sup. Ct. N. J. Certiorari granted. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph Kovner* and *George F. Lynch* for the United States.

No. 692. PURE OIL CO. v. SUAREZ. C. A. 5th Cir. Certiorari granted. *Eberhard P. Deutsch, René H. Himel, Jr.,* and *Joaquin Campoy* for petitioner. *Arthur Roth, S. Eldridge Sampliner* and *Charlotte J. Roth* for respondent.

No. 70. AIRCRAFT & ENGINE MAINTENANCE & OVER-HAUL, BUILDING, CONSTRUCTION, MANUFACTURING, PROC-ESSING & DISTRIBUTION & ALLIED INDUSTRIES EMPLOY-EES, LOCAL 290, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. I. E. SCHILLING CO., INC. C. A. 5th Cir. Certiorari denied. *David Previant, L. N. D. Wells, Jr.,* and *Charles J. Morris* for petitioner. *John Bacheller, Jr.,* for respondent.

No. 86. AIRCRAFT & ENGINE MAINTENANCE & OVER-HAUL, BUILDING, CONSTRUCTION, MANUFACTURING, PROCESSING & DISTRIBUTION & ALLIED INDUSTRIES EMPLOYEES, LOCAL 290, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELP-ERS OF AMERICA v. OOLITE CONCRETE CO. C. A. 5th Cir. Certiorari denied. *David Previant, L. N. D. Wells, Jr.,* and *Charles J. Morris* for petitioner. *John Bacheller, Jr.,* for respondent.